# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## U.S.A. v. JESUS ALBERTO AYALACORIA

Case No. 3:10-cr-00086 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

    Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Petitioner's Motions to Vacate under 28 U.S.C. 2255 and Motion to Vacate under 28 U.S.C. 2255 (Docket No. 99), in conjunction with the parties' Objection at (Docket No.103), and the Magistrate's Final Report and Recommendation, (Docket 104), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently Petitioner's Motion to Vacate Under 28. U.S.C. 2255, (Docket 51), Motion to Vacate Under 28.U.S.C. 2255, (Docket 60) and Motion to Grant First Amended Petition at Docket 60, (Docket 61) are DENIED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 31, 2014